## PARAMOUNT FIRE INS. CO. *v.* THRASH.

No. 39496      March 7, 1955      78 So. 2d 350

*O. B. Triplett, Jr.,* Forest; *Watkins & Eager,* Jackson, for appellant.

*Roy N. Lee,* Forest; *W. W. Pierce,* Jackson, for appellee.

HOLMES, J.

This case is affirmed in accordance with the opinion this day rendered in the case of the Continental Insurance Company v. Emmett Ross Thrash, No. 39,494.

Affirmed.

*McGehee, C. J.,* and *Hall, Kyle* and *Gillespie, JJ.,* concur.